IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-01895-CNS-STV | Date:   September 4, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL SCHROLL | Daniel Guisbond |
| Plaintiffs, | |
| v. | |
| DNSFILTER, INC., and | Paul Schwartz |
| KEN CARNESI | Daniel Jozwiak |
| | J. Lucas McFarland |
| Defendants. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**
**Court in session:   9:02 a.m.**
Court calls case.  Appearances of counsel and Plaintiff, Michael Schroll are by phone.

This matter is before the court for a continued Motion Hearing initially held on September 3, 2024, on Defendants' Motion to Stay Discovery Pending Resolution of Motions to Transfer and Dismiss [ECF Doc. No. 23, filed 8/6/2024].

For the reasons stated on the record, it is:

**ORDERED:**    Defendants' Motion to Stay Discovery Pending Resolution of Motions to Transfer and Dismiss [ECF Doc. No. 23] is **DENIED**.

A Scheduling Conference is set for **October 29, 2024 at 9:00 a.m.** before Magistrate Judge Varholak in courtroom A402.  The parties shall file the Proposed Scheduling Order **on or before October 18, 2024**.

HEARING CONCLUDED.

**Court in recess:**    **9:17 a.m.**
Total time in court:    00:15

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.