IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL SCHROLL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  C.A. No. 24-1349-JLH |
| DNSFILTER, INC. and KEN CARNESI, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 81.2**

Pursuant to Local Rule 81.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff Michael Schroll ("Plaintiff") and Defendants DNSFilter, Inc. and Ken Carnesi (together, "Defendants") jointly submit this statement identifying pending matters that require judicial action.

This action was transferred from the U.S. District Court for the District of Colorado on December 10, 2024 (D.I. 67) pursuant to an Order by the Honorable Charlotte N. Sweeney on December 9, 2024 (D.I. 55).

On August 6, 2024, Defendants filed their Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (D.I. 22, the "Motion"). Plaintiff's Opposition to the Motion was filed on September 24, 2024 (D.I. 38). The Reply Brief in support of the Motion was filed on October 15, 2024 (D.I. 40). The Motion is therefore fully briefed and ready for decision.

There are no other pending matters that require judicial attention at this time.

|  |  |
|---|---|
| *Of Counsel*: | PIERSON FERDINAND<br><br>/s/ *Carl D. Neff*<br>_____<br>Carl D. Neff (#4895)<br>112 French St.<br>Wilmington, Delaware 19801<br>(302) 482-4424<br>carl.neff@pierferd.com<br><br>*Attorney for Plaintiff* |
| Daniel N. Guisbond<br>WHEELER TRIGG O'DONNELL LLP<br>370 Seventeenth St., Suite 4500<br>Denver, CO 80202<br>(303) 244-1800<br>guisbond@wtotrial.com | |
| *Of Counsel*: | ASHBY & GEDDES<br><br>/s/ *Tiffany Geyer Lydon*<br>_____<br>Philip Trainer, Jr. (#2788)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19801<br>(302) 654-1888<br>ptrainer@ashbygeddes.com<br>tlydon@ashbygeddes.com<br><br>*Attorneys for Defendants* |
| Paul H. Schwartz<br>SHOEMAKER GHISSELI + SCHWARTZ LLC<br>1811 Pearl St.<br>Boulder, CO 80302<br>(303) 530-3452<br>pschwartz@sgslitigation.com | |

Dated: December 31, 2024